**Electronically Filed**
**Supreme Court**
**SCEC-12-0000725**
**20-SEP-2012**
**10:48 AM**

NO. SCEC-12-0000725

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KALEIHIKINA "KALEI" AKAKA,
Plaintiff,

vs.

FRED HOUSEL; NICOLE LOWEN; BUCKY LESLIE;
SCOTT NAGO, Chief Election Officer; STATE OF HAWAIʻI
OFFICE OF ELECTIONS; JAMAE KAWAUCHI, County of Hawaiʻi Clerk;
OFFICE OF THE CLERK, HAWAIʻI COUNTY; and
NEIL ABERCROMBIE, Governor of the State of Hawaiʻi,
Defendants.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Upon consideration of the motion for reconsideration of the August 31, 2012 Findings of Fact, Conclusions of Law and Judgment, which was filed by Plaintiff Kaleihikina "Kalei" Akaka on September 10, 2012, the documents attached thereto and submitted in support thereof, and the record, it does not appear that this court has overlooked or misapprehended points of law or fact. Accordingly,

IT IS HEREBY ORDERED that the motion for

reconsideration is denied.

DATED: Honolulu, Hawaiʻi, September 20, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack